UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0190M-01 (CR) |
| **HOWARD T. POOLE,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about May 2, 2006, within the District of Columbia, **HOWARD T. POOLE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F4642-04, did unlawfully and knowingly receive and possess a firearm, that is, Smith & Wesson .38 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

                                    KENNETH L. WAINSTEIN
                                    Attorney of the United States in
                                    and for the District of Columbia
                                    Bar No. 451-058

BY: _____
       ABBY STAVITSKY
       Assistant United States Attorney
       Bar No. 421-015
       Federal Major Crimes Section
       555 4th Street, N.W., Room 4645
       Washington, D.C. 20530
       (202) 353-8829