UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Cr. No. 06-137 M (JMF)

HOWARD POOLE,

Defendant

**FILED**

**JUN 1 2 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DETENTION ORDER

The government having moved for the defendant's detention prior to trial and there being no objection thereto, **IT IS ORDERED** that the government's motion is granted and that the defendant is detained pending trial.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

June 10, 2006