UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.   06-137 (HHK) |
| : | |
| v. : | |
| : | |
| HOWARD THOMAS POOLE : | |
| : | |
| **Defendant.** : | |

<u>NOTICE OF APPEARANCE</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Brian P. Rogers (e-mail address: <u>Brian.Rogers2@usdoj.gov</u>; telephone number: 202-616-1478) will appear as counsel in the above-captioned matter.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
BRIAN P. ROGERS
Special Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530