UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-137(HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **HOWARD T. POOLE,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Abby Stavitsky, at telephone number (202) 353-8829 and/or email address Abby.Stavitsky@usdoj.gov . Abby Stavitsky will substitute for Assistant United States Attorney Brian Rogers as counsel for the United States.

                                          Respectfully submitted,

                                          KENNETH L. WAINSTEIN.
                                          United States Attorney

                                          _____

                                          ABBY STAVITSKY
                                          Assistant United States Attorney
                                          Federal Major Crimes, Bar No.
                                          555 4th Street, NW, Room 4645
                                          Washington, DC 20530
                                          (202) 353-8829