# United States District Court

_____ DISTRICT OF _____

FILED
SEP 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Howard T. Poole

**WAIVER OF INDICTMENT**

CASE NUMBER: 06 CR 137

I, _____Howard Poole_____, the above named defendant, who is accused of possession of a firearm and ammunition by a person previously convicted of a crime punishable by a term of incarceration exceeding one year.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____September 5, 2006_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____Henry_____
Judicial Officer