UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  06-0137 (HHK) |
| | : | |
| v. | : | |
| | : | |
| HOWARD POOLE | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE FOR 12/08/2006 SENTENCING HEARING ONLY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Precious Murchison at telephone number 202-307-6080 and/or email address Precious.Murchison@usdoj.gov Precious Murchison will appear for Assistant United States Attorney Aaron Mendelsohn counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

Precious Murchison
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW   Room 4840
Washington, DC 20530
(202) 307-6080