HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-137 | **FILED** |
| vs. | : | SSN: _____ | DEC 0 8 2006 |
| POOLE, Howard | : | Disclosure Date: November 3, 2006 | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                           _____
**Prosecuting Attorney**                                              **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                           _____
**Defendant**          **Date**              **Defense Counsel**    11/22/06    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 17, 2006**, to U.S. Probation Officer **Linsey Epson**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
**SUITE 550**
**625 INDIANA AVENUE, N.W.**
**WASHINGTON, D.C. 20004**

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

November 22, 2006

Linsey Epson
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001

BY FAX

Re: <u>United States v. Howard Poole</u>

Dear Ms. Epson:

I write to submit the following corrections to the Presentence Investigation Report prepared in the above referenced case.

(1) On page 6, in paragraphs 22 and 23, the report lists separately offenses that should be counted as one. Mr. Poole was arrested for these offenses on the same date, August 21, 2004, and was sentenced for these offenses at the same time, July 8, 2005. The report incorrectly lists the arrest date for the contempt offense as June 28, 2005. The indictment lists the date of the offense as August 21, 2004, the same date as the unlawful possession of ammunition offense listed in paragraph 22. Because the offenses occurred at the same time and Mr. Poole was sentenced for them at the same time, they should be treated as one. Moreover because Mr. Poole was sentenced to concurrent six month sentences for these offenses, only two points should be assessed. Although his supervised released was violated on August 25, 2006, and he was given a 24 month sentence from the parole authorities, that <u>24 month violation was applied to</u> the distribution of <u>cocaine charge</u> listed in paragraph 21 and cannot also be used to increase the points assessed for the offenses listed in paragraphs 22 and 23. Because only two points should be assessed for the offenses in paragraph 22 and 23, Mr. Poole's total criminal history points is nine, not twelve, and he is in criminal history category IV, not V.

(2) On page 7, in paragraph 28, the report lists Mr. Poole's date of birth as 1995, instead of 1985.

Thank you for taking the time to consider these corrections. If you have any questions, please call me.

Sincerely,

Mary Manning Petras

cc:     AUSA Abby Stavitsky
        BY FAX